Russell S. Humphrey, Esq. (SBN 208744)
Humphrey Law Group
1420 S. Mills Avenue, Suite H
Lodi, CA 95242
Telephone: (209) 625-8976
Facsimile: (209) 625-8673
russell@humphreylawgroup.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | Case No: 3:15-cv-02704-JCS |
| Plaintiff, | [Complaint filed 6-16-15] |
| vs. | REQUEST FOR EXTENSION OF TIME TO SERVE COMPLAINT AND ORDER |
| LOS MEXICANOS MARKET; SAND CREEK PLAZA; 595 E. EL CAMINO REAL INVS. LLC. | |
| Defendants. | |

Plaintiff requests an extension of time of 30 days to serve the complaint and pertinent documents on defendants in the above matter.

## **RECITALS**

1. WHEREAS, this action was filed by plaintiff, Francisca Moralez, on June 16, 2015.

2. WHEREAS, proofs of service of complaint on defendants shall be on file by August 17, 2015.

3. WHEREAS, Defendants Los Mexicanos Market and Sand Creek Plaza have Agents for Service of Process who have yet to respond to our service of complaint via Notice and Acknowledge and Receipt. In order to avoid any further delay, our process server, Swanson Investigations is set to personally serve the complaint and pertinent documents on Monday, August 17, 2015.

4. WHEREAS, Defendant, 595 E. El Camino Real Invs. LLC has agreed to accept service of complaint and pertinent documents yesterday, August 13, 2015 via Notice and

Acknowledgment of Receipt. Agent for Service of Process, Mr. David Smith, was served via e-mail on August 14, 2015. He has agreed to sign and return the Notice and Acknowledgment to this office as soon as possible.

5. WHEREAS, no more than an additional 30 days is necessary to serve the defendants and get the proofs of service on file with the court.

DATED: 8/14/15

By /S/ *Russell S. Humphrey*
Russell S. Humphrey
Attorney for Plaintiff

# O R D E R

IT IS HEREBY ORDERED that plaintiff shall have an additional 30 days up to and including September 17, 2015 in which to effect service of the complaint and pertinent documents upon defendants and file appropriate Proofs of Service with this Court.

DATED: 8/14/15

By  _____
HONORABLE JOSEPH C. SPERO